UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| **FRANCISCO RAMON RAMIREZ,** | ) | Case No. EDCV 08-1042-GW (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **PAT L. VASQUEZ,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: December 20, 2011

_____
George H. Wu
United States District Judge