# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIREZ FRANCISCO RAMON, JR., <br><br>     Petitioner, <br><br>     v. <br><br> PAT L. VASQUES, Warden, <br><br>     Respondent. | Case No. EDCV 08-1042-GW(AJW) <br><br> **AMENDED JUDGMENT** |

1  Pursuant to the Court of Appeals' mandate filed on November 28, 2014, it is hereby
2  adjudged that the petition for a writ of habeas corpus is granted with respect to
3  petitioner's claim that his upper term sentence for the use of a firearm was imposed in
4  violation of his Sixth Amendment right to a jury trial. Respondent is directed to modify
5  petitioner's upper term sentence to the same term of years as a middle term sentence,
6  unless petitioner is resentenced in compliance with *Blakely v. Washington*, 542 U.S. 296
7  (2004) and *Cunningham v. California*, 549 U.S. 270 (2007) within ninety (90) days of the
8  entry of judgment. See *Chioino v. Kernan*, 581 F.3d 1182, 1186 (9th Cir. 2009). In all
9  other respects, the petition is denied.

Dated: February 9, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE